AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED  MAR 25 2008  CLERK, U.S. DISTRICT COURT  SOUTHERN DISTRICT OF CALIFORNIA  BY ___ DEPUTY

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| RAMIRO VASQUEZ-FONSECA | CASE NUMBER: 08CR841-LAB / 08mJ0766 |

I, RAMIRO VASQUEZ-FONSECA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _3-25-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ramiro Vasquez Fonseca_
Defendant

_____
Defense Counsel

Before _____
Judicial Officer