# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                 Plaintiff, <br><br> vs. <br><br> RAMIRO VASQUEZ-FONSECA <br><br>                 Defendant. | CASE NO. 08CR841-LAB <br><br> JUDGMENT OF DISMISSAL <br><br> FILED <br> MAY 1 5 2008 <br> CLERK, U.S. DISTRICT COURT <br> SOUTHERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: 8 USC 1324(a)(2)(B)(iii); 18 USC 2 - BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION; AIDING AND ABETTING

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 14, 2008

                                    CATHY ANN BENCIVENGO
                                    UNITED STATES MAGISTRATE JUDGE

                        ENTERED ON _____