UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Ramiro Vasquez-Fonseca )
)
)

CASE NUMBER 08CR0841-LAB

ABSTRACT OF ORDER

Booking No. 07805298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of 5-14-08
the Court entered the following order:

__X__ Defendant be released from custody. (as to this case only)

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__X__ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Dft indicted in case no. 08CR1458-LAB.

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY